IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY EUGENE HANCOCK, | ) | 8:17CV488 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| LINCOLN POLICE DEPARTMENT, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing No. 22) is granted, and, accordingly, that:

1. Plaintiff shall have an additional 30 days in which to file an Amended Complaint that states a claim upon which relief may be granted.

2. The clerk of the court is directed to set the following pro se case management deadline: July 30, 2018: check for amended complaint.

DATED this 7th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge