# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ANTHONY EUGENE HANCOCK, | ) | 8:17CV488 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LINCOLN POLICE DEPARTMENT, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiff's Motion to Dismiss Complaint (Filing 29) is granted, and this action is dismissed without prejudice.

2. Judgment shall be entered by separate document.

DATED this 26th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge